588

Circuit Court of Appeals for the Second Circuit granted. *Mr. Robert P. Beyer* for petitioner. *Mr. S. John Block* for respondent.

Nos. 316, 317, and 318. UNITED STATES *v.* DUBILIER CONDENSER CORP. October 17, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Alexander Holtzoff* and *Paul D. Miller* for the United States. *Messrs. James H. Hughes, Jr., John B. Brady,* and *E. Ennalls Berl* for respondent.

No. 335. WILBUR, SECRETARY OF THE INTERIOR, *v.* UNITED STATES EX REL. CHESTATEE PYRITES & CHEMICAL CORP. October 17, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia granted. *Solicitor General Thacher* for petitioner. *Messrs. Marion Smith, Edgar Watkins, Mac Asbill,* and *Edgar Watkins, Jr.,* for respondent.

No. 319. UNITED STATES *v.* ACME OPERATING CORP. ET AL. October 17, 1932. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Thacher* for the United States. *Messrs. Addison C. Burnham, Albert T. Gould, Charles H. Bradley, Walter B. Howe, Alfred P. Lowell,* and *John Walsh* for respondents.

No. 346. UNION BANK & TRUST CO. *v.* PHELPS. October 17, 1932. Petition for writ of certiorari to the Supreme Court of Alabama granted. *Messrs. William B.*